**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:20-cv-80651-DMM/DLB**

TERRY V. WOODS,

     Plaintiff,

vs.

STEVEN MICHAEL; ANDREW GREENBAUM a/k/a AVI GREENBAUM;
HH ORLANDO KISSIMMEE, LP, a Florida limited partnership;
HUDSON ORLANDO REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HH KISSIMMEE, LP, a Florida limited partnership;
HUDSON REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HUDSON ORLANDO KISSIMMEE, LLC, a Florida limited liability company;
HUDSON REAL ESTATE ACQUISITION GROUP, LLC, a Florida limited liability company;
HUDSON HOLDINGS, LLC, a Florida limited liability company;
HH ST. LOUIS RAILWAY, LP, a Missouri limited partnership;
HUDSON ST. LOUIS REAL ESTATE MANAGER, LLC, a Missouri limited liability company;
HH RAILWAY, LP, Delaware limited partnership;
HUDSON ST. LOUIS RAILWAY, LLC, a Florida limited liability company;
RAILWAY INVESTORS, LLC, a Missouri limited liability company;
HUDSON REAL ESTATE HOLDINGS, LLC, a Florida limited liability company; and
HP ANDRE WAY, LLC, a Florida limited liability company,

     Defendants.

_____/

**PLAINTIFF'S MOTION FOR APPROVAL OF FEES AND COSTS**

Plaintiff, Terry V. Woods, by and through his undersigned counsel, and pursuant to this Court's

Order on Plaintiff's Motion for Entry of Order to Show Cause to Hold Defendants, Steven Michael

and Andrew Greenbaum, in Civil Contempt **[ECF 92]**, hereby files this Motion for Approval of Fees

and Costs, as follows:

     1.     On November 25, 2020, this Court entered an Order on Plaintiff's Motion for Entry

of Order to Show Cause to Hold Defendants, Steven Michael and Andrew Greenbaum, in Civil

Contempt **[ECF 92]** (the "Second Sanctions Order"), in which it sanctioned Defendants for the second time in this action due to their failure to comply with this Court's Orders and their discovery obligations.[1]

2.      In ¶5 on page 5 of the Second Sanctions Order, this Court determined that "Plaintiff is entitled to reasonable fees and costs in bringing its Motion and the fee for its expert accountant", and directed Plaintiff to file a Motion for Approval of his reasonable fees and costs.

3.      Annexed hereto as **Exhibit 1** is the Affidavit of Craig A. Rubinstein, one of the attorneys for Plaintiff, which sets forth the attorneys' fees and costs incurred by Plaintiff.

4.       Annexed hereto as **Exhibit 2** is the Affidavit of Michael A. Crain, the expert accountant for Plaintiff, which sets forth the accounting fees incurred by Plaintiff.

5.      As set forth in these two Affidavits, Plaintiff incurred total attorneys' fees, expert fees, and costs in the amount of $23,918, which is comprised of the following:

| | | |
|---|---|---|
| a. | Attorneys' fees: | $13,375 |
| b. | Costs: | $219 |
| c. | Accountant fees: | $10,324 |
| | **Total:** | **$23,918** |

WHEREFORE, Plaintiff, Terry V. Woods, respectfully moves the Court to enter an Order determining that the amount of the sanction that Defendants are to pay Woods is $23,918, and that Defendants are required to pay that amount to Plaintiff within 10 days of the entry of the Order.

---

[1] The first sanction was imposed in this Court's Order Memorializing Rulings at Discovery Hearing, entered September 4, 2020. **[ECF 63]**.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to JOHN SPENCER JENKINS, ESQ., Jenkins Law Firm, 12 Southeast 7th Street, Suite 712, Ft. Lauderdale, FL 33301, this 3rd day of December, 2020.

KATZMAN, WASSERMAN,<br>
BENNARDINI & RUBINSTEIN, P.A.<br>
7900 Glades Road, Suite 140<br>
Boca Raton, Florida 33434<br>
Tel.:  (561) 477-7774<br>
Fax:  (561) 477-7447

By:    <u>/s/ Craig A. Rubinstein</u><br>
       STEVEN M. KATZMAN<br>
       Fla. Bar No.: 375861<br>
       smk@kwblaw.com<br>
       mrm@kwblaw.com<br>
       CRAIG A. RUBINSTEIN<br>
       Fla. Bar No.: 77755<br>
       car@kwblaw.com<br>
       mrm@kwblaw.com