## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 9:20-cv-80651-DMM/DLB

TERRY V. WOODS,

     Plaintiff,

vs.

STEVEN MICHAEL; ANDREW GREENBAUM a/k/a AVI GREENBAUM;
HH ORLANDO KISSIMMEE, LP, a Florida limited partnership;
HUDSON ORLANDO REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HH KISSIMMEE, LP, a Florida limited partnership;
HUDSON REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HUDSON ORLANDO KISSIMMEE, LLC, a Florida limited liability company;
HUDSON REAL ESTATE ACQUISITION GROUP, LLC, a Florida limited liability company;
HUDSON HOLDINGS, LLC, a Florida limited liability company;
HH ST. LOUIS RAILWAY, LP, a Missouri limited partnership;
HUDSON ST. LOUIS REAL ESTATE MANAGER, LLC, a Missouri limited liability company;
HH RAILWAY, LP, Delaware limited partnership;
HUDSON ST. LOUIS RAILWAY, LLC, a Florida limited liability company;
RAILWAY INVESTORS, LLC, a Missouri limited liability company;
HUDSON REAL ESTATE HOLDINGS, LLC, a Florida limited liability company; and
HP ANDRE WAY, LLC, a Florida limited liability company,

     Defendants.

_____/

### AFFIDAVIT OF CRAIG A. RUBINSTEIN

Craig A. Rubinstein, being first sworn, states as follows:

1.    I am over the age of eighteen years, and I am a partner at the firm of Katzman, Wasserman, Bennardini & Rubinstein, P.A., which represents the Plaintiff in this action.

2.    In connection with the issues raised in Plaintiff's Motion for Entry of Order to Show Cause to Hold Defendants, Steven Michael and Andrew Greenbaum, in Civil Contempt, Plaintiff incurred the following attorneys' fees and costs in the total amount of $13,594:

a.      Attorneys' fees in the total amount of $13,375, as set forth in **Exhibit A**;

b.      Costs in the amount of $219, as set forth in **Exhibit B**.

FURTHER AFFIANT SAYETH NAUGHT.

_____

Craig A. Rubinstein

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared **Craig A. Rubinstein** by ___ physical presence or ___ **audio-video communication technology,** who after first being duly sworn under oath, deposes and says that the above facts are true and correct and who is:

1.      Personally known to me.

2.      Produced _____ as identification.

**DATED** this 3rd day of December, 2020.



_____
NOTARY PUBLIC
**State of Florida at Large**

Steven M. Katzman
**Printed Name of Notary**

**My Commission Expires:**

STEVEN M. KATZMAN
MY COMMISSION # GG 252465
EXPIRES: September 19, 2022
Bonded Thru Notary Public Underwriters

*Woods v. Michael, et al.*
**Case No. 9:20-cv-8051-DMM/DLB**

**KWBR Attorneys' Fees re: Plaintiff's Motion for Entry of Order to Show Cause to Hold
Defendants, Steven Michael and Andrew Greenbaum, in Civil Contempt**

| Date | | Services Provided | Hours |
|---|---|---|---|
| 09/17/20 | CAR | E-mails in conjunction with defendant production of documents in response to requests for production. | .1 |
| 09/22/20 | CAR | E-mails with S. Jenkins regarding defendant failure to comply with Judge Brannon September 4, 2020 order. | .1 |
| 10/05/20 | CAR | Review documents produced by defendants in conjunction with various requests for production; draft e-mails to S. Jenkins regarding documents not produced; draft various subpoenas to third parties regarding defendant loans/guarantees; review public records in conjunction with same. | 1.5 |
| 10/06/20 | CAR | Review M. Crain list of missing accounting and financial records; draft e-mail to S. Jenkins enclosing same. | .1 |
| 10/07/20 | CAR | E-mails regarding defendants failure to produce all documents responsive to requests for production; conference with J. Winer regarding plaintiff subpoena duces tecum to Fuse; draft e-mail to J. Winer enclosing order and applicable request for production. | .4 |
| 10/09/20 | CAR | E-mails with S. Jenkins regarding production of additional records by defendants. | .1 |
| 10/12/20 | CAR | Research and draft motion for order to show cause of civil contempt regarding S. Michael and A. Greenbaum; compile exhibits to same; review file in conjunction with same; e-mails with S. Jenkins regarding same; e-file same; review S. Jenkins e-mail and attachment regarding ownership of Banyan entities. | 3.3 |



EXHIBIT

A

| | | | |
|---|---|---|---|
| 10/15/20 | CAR | Conference with representative of Pacific Coast Bankers' Bank regarding service of subpoena duces tecum; draft e-mail to Pacific Coast Banker's Bank to serve subpoena duces tecum. | .3 |
| 10/19/20 | CAR | Review documents produced by Harel FF, LP in response to plaintiff subpoena duces tecum. | .1 |
| 10/20/20 | CAR | Review documents produced by Harel FF, LP in response to plaintiff subpoena duces tecum; draft supplement motion order to show cause to hold S. Michael and A. Greenbaum in civil contempt; review file in conjunction with same; e-mails with E. Suris regarding enlargement of time for U.S. Century Bank response to subpoena duces tecum; conference with J. Jesberger regarding ACRES Capital Servicing production of documents in response to subpoena duces tecum. | 1.8 |
| 10/21/20 | CAR | Review documents produced by ACRES Capital Servicing in response to subpoena duces tecum. | .1 |
| 10/22/20 | CAR | Conference with P. Mitchell regarding subpoena duces tecum to LMP Credit Funding. | .2 |
| 10/26/20 | CAR | Review P. Mitchell e-mail and enclosed documents regarding S. Michael ownership interest in Tropic Partners Delray, LLC, and issue of provision of loan applications and related documents to LMP Credit Funding; draft second supplement to motion for contempt regarding defendants; compile exhibits to same; e-file same; review S. Jenkins e-mails with dropbox links. | .6 |
| 10/27/20 | CAR | Review defendant response to motion for order to show cause of civil contempt regarding defendants; draft reply to above response; compile exhibit to same; e-file same; review order on above motion; conference with client regarding same. | 1.2 |
| 10/28/20 | CAR | Draft e-mail to S. Jenkins regarding need for 2019 tax returns and 2019/2020 financial statements; review documents produced by U.S. Century Bank in response to plaintiff subpoena; draft subpoena duces tecum to F Michael 5832, LLC; research entity in conjunction with same. | .5 |

2

| 10/29/20 | CAR | Draft subpoena duces tecum to F Michael 4868, LLC; research entity in conjunction with same. | .2 |
| 11/03/20 | CAR | E-mails with S. Jenkins regarding additional financial records needed. | .1 |
| 11/06/20 | CAR | Review defendant response to motion for contempt; brief review of defendant responses to various discovery and documents produced. | .2 |
| 11/11/20 | CAR | Research and draft amended motion for order to show cause regarding Michael and Greenbaum civil contempt; compile exhibits to same; review file in conjunction with same; e-file same; review order setting hearing regarding same. | 2.8 |
| 11/12/20 | CAR | Draft three subpoenas duces tecum to Columbia Pacific entities; research public records in conjunction with same; e-mails with client in conjunction with same; conference with S. Baca regarding subpoena duces tecum to Pacific Coast Bankers' Bank. | 1.2 |
| 11/17/20 | CAR | Review documents produced by Pacific Coast Bankers' Bank in response to plaintiff subpoena duces tecum; e-mails with S. Baca regarding same; e-mails with client regarding same. | .2 |
| 11/20/20 | CAR | Draft subpoena duces tecum to Daszkal Bolton; legal research in conjunction with same; review file in conjunction with same. | .4 |
| 11/23/20 | CAR | Prepare for November 24 hearing on plaintiff amended motion for order to show cause civil contempt regarding S. Michael and A. Greenbaum. | .8 |
| 11/24/20 | CAR | Review discovery produced by defendants in preparation for November 24 hearing on plaintiff amended motion for order to show cause civil contempt regarding S. Michael and A. Greenbaum; attend hearing (via telephone) on above motion; follow up e-mails with S. Jenkins regarding documents to be produced by defendants. | 2.2 |

3

| 11/30/20 | CAR | Draft affidavit for M. Crain in support of motion to approve attorneys' fees; review file in conjunction with same; draft e-mail to M. Crain regarding same; review and annotate KWBR invoices for affidavit for C. Rubinstein in support of motion to approve attorneys' fees; e-mails with S. Jenkins regarding documents to be produced by defendants; e-mails with client regarding above. | 1.5 |
| 12/02/20 | CAR | Review/annotate KWBR invoices for Affidavit C. Rubinstein in support of Motion Approve Attorneys' Fees. | .4 |
| 12/03/20 | CAR | Draft affidavit for C. Rubinstein in support of motion to approve attorneys' fees; review file in conjunction with same; draft motion to approve attorneys' fees; e-file same | 1.0 |

**TOTAL HOURS:**                                                                    **21.4**

**HOURLY RATE:**                                                                    **$625**

**Craig Rubinstein**

| | |
|---|---|
| **From:** | Judy Wolff <crjudywolff@gmail.com> |
| **Sent:** | Wednesday, November 25, 2020 10:01 AM |
| **To:** | Craig Rubinstein |
| **Subject:** | Fwd: 30 days audio in your folder |
| **Attachments:** | Invoice Woods v Michael for Katzman Wasserman.pdf; Wolff W9.pdf; info re JMWolff wire.pdf |

Greetings, Mr. Rubinstein.
I work with the transcription department at FLSD and have been assigned your requested transcript in Woods v Michael hearing held 11/24/2020.

The fee for the requested transcript is $219.
Payment is required before production begins and delivery time begins when payment is received. Credit cards and Paypal are not accepted.
Detailed instructions are within the invoice.

I attach an invoice, W9 and wiring instructions, should you need them.

Kind regards,
Judith Wolff
Certified Realtime Reporter
Transcriptionist FLSD

---------- Forwarded message ---------
From: **FLSD CRSection** <flsd_crsection@flsd.uscourts.gov>
Date: Wed, Nov 25, 2020 at 8:50 AM
Subject: 30 days audio in your folder
To: Judy Wolff <crjudywolff@gmail.com>

| 11/24/2020 | view91 | PAPERLESS MINUTE ENTRY for proceedings before U.S. Magistrate Judge Dave Lee Brannon: Motion Hearing held on 11/24/20. Attorney Appearances: Craig Rubinstein for Plaintiff ‖ John Spencer Jenkins for Defendant. Court hears from counsel. Rulings made on the record. Order memorializing these rulings to follow. (AT&T Teleconference Recording: 1100 ‖ Time in Court: 54 mins.) (jb02) (Entered: 11/24/2020) |
|---|---|---|

DLB,MEDIATION,REF_DISCOV



1

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:20-cv-80651-DMM**
**Internal Use Only**

Woods v. Michael et al
Assigned to: Judge Donald M. Middlebrooks
Referred to: Magistrate Judge Dave Lee Brannon
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/17/2020
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Terry V. Woods**

represented by **Steven Mark Katzman**
Katzman Wasserman Bennardini & Rubinstein, P.A.
7900 Glades Road
Suite 140
Boca Raton, FL 33434
561-477-7774
Fax: 477-7447
Email: smk@kwblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig Alan Rubinstein**
Katzman Wasserman Bennardini & Rubinstein, P.A.
7900 Glades Road
Suite 140
Boca Raton, FL 33434
561-477-7774
Fax: 477-7447
Email: car@kwblaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steven Michael**

represented by **John Spencer Jenkins**
Jenkins Law Offices P.L.
12 Southeast 7th Street
Suite 712
Fort Lauderdale, FL 33301
United Sta
7544448830

2

Fax: 7543331587
Email: sjenkins@jsjlawfirm.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Greenbaum**                                    represented by   **John Spencer Jenkins**
*also known as*                                                                            (See above for address)
AVI Greenbaum                                                                          *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**HH Orlando Kissimmee, LP**                    represented by   **John Spencer Jenkins**
*a Florida limited partnership*                                         (See above for address)
                                                                                                    *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Orlando Real Estate Manager,**   represented by   **John Spencer Jenkins**
**LLC**                                                                              (See above for address)
*a Florida limited liability company*                                *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**HH Kissimmee, LP**                                   represented by   **John Spencer Jenkins**
*a Florida limited partnership*                                         (See above for address)
                                                                                                    *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Real Estate Manager, LLC**          represented by   **John Spencer Jenkins**
*a Florida limited liability company*                                (See above for address)
                                                                                                    *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Orlando Kissimmee, LLC**           represented by   **John Spencer Jenkins**
*a Florida limited liability company*                                (See above for address)
                                                                                                    *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Real Estate Acquisition Group,**   represented by   **John Spencer Jenkins**
**LLC**                                                                              (See above for address)
*a Florida limited liability company*                                *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

3

**Hudson Holdings, LLC**
*a Florida limited liability company*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HH St. Louis Railway, LP**
*a Missouri limited partnership*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson St. Louis Real Estate Manager, LLC**
*a Missouri limited liability company*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HH Railway, LP**
*Delaware limited partnership*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson St. Louis Railway, LLC**
*a Florida limited liability company*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Railway Investors, LLC**
*a Missouri limited liability company*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hudson Real Estate Holdings, LLC**
*a Florida limited liability company*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HP Andre Way, LLC**
*a Florida limited liability company*

represented by **John Spencer Jenkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Marta Dieguez

Administrative Assistant

Court Reporting Dept.

400 N. Miami Avenue

8th Floor

Miami, FL  33128


-----Original Message-----
From: Southern District of Florida via Southern District of Florida <admin@cst-web-admin.cloud.uscourts.gov>
Sent: Tuesday, November 24, 2020 12:16 PM
To: FLSD CRSection <flsd_crsection@flsd.uscourts.gov>
Subject: On-line Non-Appeal Transcript Order Form


Submitted on Tuesday, November 24, 2020 - 12:15 Submitted values are:


Requestor's Name: Craig Rubinstein

Phone Number: 5614777774

E-mail Address: car@kwblaw.com

Mailing/Billing Address: 7900 Glades Road, Suite 140 Date Requested: Tue, 11/24/2020 Magistrate Judge/District Judge: Magistrate Dave Lee Brannon

Date(s) of Hearing(s): November 24, 2020 Type of Proceeding: Motion hearing Case Number: 9:20-cv-80651-DMM Case Name/Style: Woods v. Michael, et al.

Reporter Name/Digital Number: jb02

Special Instructions:

Shipment Option: E-mail

Account # (for Overnight Shipping via UPS,FedEx or DHL):

Indicate transcript type desired.  See cost below: Ordinary

5

NOTE: DUE TO A HIGH RISK VULNERABILITY A CONFIRMATION EMAIL WAS NOT SENT TO THE USER.

YOU COULD EMAIL THE USER A CONFIRMATION EMAIL.

TRANSCRIPT  INVOICE  11/25/2018


Craig Alan Rubinstein, Esq.
Katzman Wasserman Bennardini & Rubinstein, P.A.
7900 Glades Road, Suite 140
Boca Raton, Florida  33434
(561) 477-7774
car@kwblaw.com



* MAKE PAYMENT TO:
Judith M. Wolff
1857 Lochlomand Ln, SE
Smyrna, Georgia  30080
(706) 988-2981
crjudywolff@gmail.com

Venmo:  jmwolff-capricorngirl
Zell: 706-988-2981
Wire:  instructions in separate .pdf


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE STYLE:   Woods v. Michael et al
              Case No. 20-cv-80651-DMM

TRANSCRIPT: 30-day delivery
11/24/2020  Motion hearing before Magistrate Judge Brannon

AMOUNT DUE.................................................... $219.00

* Payment required before production begins.
* Delivery time starts at receipt of payment.
* When sending payment by overnight or USPA, DO NOT require
   signature.  Doing so will delay receipt of the transcript.