

## Affidavit Crain. Sanctions.pdf

| | |
|---|---|
| DocVerify ID: | 0D36B8FA-4238-4EDE-9292-B01949919313 |
| Created: | December 01, 2020 09:07:26 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: FL |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**Signer 1: Michael A. Crain (MAC)**
December 01, 2020 10:09:34 -8:00 [4CCE1602D11A] [131.91.5.53]
mcrain@kaufmanrossin.com (Personally Known)

**E-Signature Notary: Luisa Morales (lmo)**
December 01, 2020 10:09:34 -8:00 [7A6BADF8D5F7] [108.70.117.159]
luisamorales20@gmail.com
I, Luisa Morales, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

 

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:20-cv-80651-DMM/DLB**

TERRY V. WOODS,

     Plaintiff,

vs.

STEVEN MICHAEL; ANDREW GREENBAUM a/k/a AVI GREENBAUM;
HH ORLANDO KISSIMMEE, LP, a Florida limited partnership;
HUDSON ORLANDO REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HH KISSIMMEE, LP, a Florida limited partnership;
HUDSON REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HUDSON ORLANDO KISSIMMEE, LLC, a Florida limited liability company;
HUDSON REAL ESTATE ACQUISITION GROUP, LLC, a Florida limited liability company;
HUDSON HOLDINGS, LLC, a Florida limited liability company;
HH ST. LOUIS RAILWAY, LP, a Missouri limited partnership;
HUDSON ST. LOUIS REAL ESTATE MANAGER, LLC, a Missouri limited liability company;
HH RAILWAY, LP, Delaware limited partnership;
HUDSON ST. LOUIS RAILWAY, LLC, a Florida limited liability company;
RAILWAY INVESTORS, LLC, a Missouri limited liability company;
HUDSON REAL ESTATE HOLDINGS, LLC, a Florida limited liability company; and
HP ANDRE WAY, LLC, a Florida limited liability company,

     Defendants.

_____/

**AFFIDAVIT OF MICHAEL A. CRAIN**

Michael A. Crain, being first sworn, states as follows:

1.     I am over the age of eighteen years, and I am a Senior Advisor at the accounting firm of Kaufman Rossin, P.A., which has been retained to provide expert witness services to the Plaintiff in this action.

2.     I, and other professionals at Kaufman Rossin under my direction, reviewed the accounting and financial records produced by the Defendants during discovery in this action.

DocVerify ID: 0D36B8FA-4238-4EDE-9292-B01949919313
www.docverify.com

Page 1 of 3    1B01949919313

3.      As set forth in the schedule annexed hereto as **Exhibit A**, we spent a total of 42.85

hours reviewing the accounting and financial records produced by the Defendants, and comparing

those records to the accounting and financial records that were requested by Plaintiff from the

Defendants in discovery in this action, in order to (a) identify the records that Defendants did not

produce; and (b) draft a list of those missing records to be provided to counsel for Defendants.

4.      Although we spent a total of 42.85 hours performing these tasks, for a total fee of

$11,989, I exercised my discretion as a Senior Advisor to reduce the total fee for these tasks to

$10,324.

FURTHER AFFIANT SAYETH NAUGHT.

Michael A. Crain
Signed on 2020/12/01 10:09:34 -8:00

_____

Michael A. Crain

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, the undersigned authority, personally appeared **Michael A. Crain** by ___
**physical presence or [ X ] audio-video communication technology**, who after first being duly
sworn under oath, deposes and says that the above facts are true and correct and who is:

1.      Personally known to me. [ x ]

2.      Produced _____ as identification.

**DATED** this 1st ___ of December, 2020.

Luisa Morales
Commission # GG 114884
Notary Public - State of Florida
My Commission Expires Jul 25, 2021

Notary Stamp 2020/12/01 11:09:34 PST                    7A6BADF8D5F7

Signed on 2020/12/01 10:09:34 -8:00

_____
PUBLIC
Florida at Large

Luisa Morales
_____

**Printed Name of Notary**

**My Commission Expires:** 7/25/2021

DocVerify ID: 0D36B8FA-4238-4EDE-9292-B01949919313
www.docverify.com

Page 2 of 3     2B01949919313

**Fees Related to Discovery Issues**

| Date | Name | Description | Hours | Hourly Rates | Fees Incurred | Adjustments | Fees Billed |
|---|---|---|---|---|---|---|---|
| 09/21/20 | Crain | Defendants' production of documents | 1.30 | $ 550 | $ 715 | $ - | $ 715 |
| 09/25/20 | Lang | Phone call with MC; phone call with BZ and correspondence with staff; review of files | 2.10 | 475 | 998 | (499) | 499 |
| 09/25/20 | Crain | Meeting with counsel and experts | 0.70 | 550 | 385 | - | 385 |
| 09/25/20 | Parris | Downloading defendants' production | 3.00 | 200 | 600 | - | 600 |
| 09/28/20 | Parris | Complete dedentants' production download and processing | 4.00 | 200 | 800 | | 800 |
| 09/28/20 | Halasz | Review of RFP production | 3.00 | 235 | 705 | - | 705 |
| 09/29/20 | Halasz | Discussions with AL, BZ | 0.80 | 235 | 188 | (94) | 94 |
| 09/29/20 | Halasz | Review of RFP production | 3.80 | 235 | 893 | - | 893 |
| 09/29/20 | Lang | Review of production, internal calls and working with staff | 1.50 | 475 | 713 | - | 713 |
| 09/29/20 | Parris | Phone call with MH to coordinate | 0.25 | 200 | 50 | (25) | 25 |
| 09/29/20 | Parris | Calls with Adam Lang to coordinate review | 0.20 | 200 | 40 | (20) | 20 |
| 09/29/20 | Parris | Review updated production | 2.50 | 200 | 500 | - | 500 |
| 09/29/20 | Zick | Status update calls with AJL and MH. | 0.50 | 200 | 100 | (50) | 50 |
| 09/29/20 | Zick | Work on production/RFP reviews No. 2 & 3. | 2.25 | 200 | 450 | - | 450 |
| 09/30/20 | Zick | Internal Calls with AJL, MH and JC | 1.00 | 200 | 200 | (100) | 100 |
| 09/30/20 | Current | Call with team re production, work product | 0.75 | 300 | 225 | (113) | 113 |
| 09/30/20 | Zick | Call with MC | 1.00 | 200 | 200 | (100) | 100 |
| 09/30/20 | Lang | Team call with MC, MH and BZ | 1.00 | 475 | 475 | (238) | 238 |
| 09/30/20 | Halasz | Review of RFP production | 1.30 | 235 | 306 | - | 306 |
| 09/30/20 | Halasz | Discussions with BZ | 0.15 | 235 | 35 | (18) | 18 |
| 09/30/20 | Halasz | Discussions with AL, BZ | 0.15 | 235 | 35 | (18) | 18 |
| 09/30/20 | Halasz | Discussions with MC, AL, BZ | 1.00 | 235 | 235 | (118) | 118 |
| 09/30/20 | Crain | Meeting with staff re: defendants' production of records | 1.00 | 550 | 550 | (275) | 275 |
| 09/30/20 | Lang | Analysis of production and internal calls with BZ and MH | 1.40 | 475 | 665 | - | 665 |
| 10/01/2020 | Halasz | Review of RFP production, follow up request list | 3.50 | 235 | 823 | - | 823 |
| 10/02/2020 | Halasz | Review of RFP production, follow up request list, brief discussion with AL | 3.00 | 235 | 705 | - | 705 |
| 10/05/2020 | Halasz | Review of RFP production, follow up request list, brief discussion with AL | 1.70 | 235 | 400 | - | 400 |
| | | | 42.85 | | $ 11,989 | $ (1,666) | $ 10,324 |

**EXHIBIT**

A

DocVerify ID: 0D36B8FA-4238-4EDE-9292-B01949919313
www.docverify.com

3B01949919313