UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-CV-80651-DMM

TERRY V. WOODS,

       Plaintiff,

vs

STEVEN MICHAEL; ANDREW GREENBAUM a/k/a AVI GREENBAUM;
HH ORLANDO KISSIMMEE, LP, a Florida limited partnership;
HUDSON ORLANDO REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HH KISSIMMEE, LP, a Florida limited partnership;
HUDSON REAL ESTATE MANAGER, LLC, a Florida limited liability company;
HUDSON ORLANDO KISSIMMEE, LLC, a Florida limited liability company;
HUDSON REAL ESTATE ACQUISITION GROUP, LLC, a Florida limited liability company;
HUDSON HOLDINGS, LLC, a Florida limited liability company;
HH ST. LOUIS RAILWAY, LP, a Missouri limited partnership;
HUDSON ST. LOUIS REAL ESTATE MANAGER, LLC, a Missouri limited liability company;
HH RAILWAY, LP, Delaware limited partnership;
HUDSON ST. LOUIS RAILWAY, LLC, a Florida limited liability company;
RAILWAY INVESTORS, LLC, a Missouri limited liability company;
HUDSON REAL ESTATE HOLDINGS, LLC, a Florida limited liability company; and
HP ANDRE WAY, LLC, a Florida limited liability company,

       Defendants.
_____/

## DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

DEFENDANTS, by and through undersigned counsel, file this Response to the Court's Order to Show Cause [DE 122] as follows:

This Court dismissed this action in its entirety on February 10, 2021 [DE 107]. Plaintiff has filed an appeal of this action, which is currently pending before the Eleventh Circuit Court of Appeals (Case No. USCA #21-10818-DD). As part of the appellate process, Plaintiff and Defendants engaged in a mediation on or about April 30, 2021. While undersigned counsel did not represent Defendants at the mediation conference, it was reported that Defendants advised

1

Plaintiff that they intended to pay the sanction sought in the Plaintiff's instant Motion for Order to Show Cause by June, when they would have the funds to do so. Notwithstanding this representation, Plaintiff nonetheless filed his Motion.

Defendants have since remitted payment to Plaintiff for the amount of the sanction – to-wit: $18,025.65. See Wire Confirmation, attached as Exhibit "A". Further, counsel for Plaintiff has indicated that he received the wire on behalf of his client, but declined to file a joint stipulation with the Court, as set forth in his communication in Exhibit "A". Given that Defendants have complied with the original Magistrate's Order requiring the sanction payment, this matter is now rendered moot and the case should be re-closed at this time.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF transmission on this 10th day of June, 2021, to Craig Rubinstein, Esq. of Katzman, Wasserman, Bennardini & Rubinstein, P.A. at smk@kwblaw.com, mrm@kwblaw.com and car@kwblaw.com.

                                                    **JENKINS LAW FIRM**
101 NE Third Avenue
Suite 1500
Fort Lauderdale, FL 33301
Tel.  (954) 880-1199
Fax. (954) 880-1198
sjenkins@jenkinslawfirm.com

By:   */s/ John Spencer Jenkins*
John Spencer Jenkins, Esq.
Florida Bar No. 100549

**Subject:** RE: Wire Transfer Successful
**Date:** Wednesday, June 9, 2021 at 5:54:53 PM Eastern Daylight Time
**From:** Craig Rubinstein
**To:** J. Spencer Jenkins, Esq.

We have received the wire. I am not authorized to spend more time and money on filings caused by the belated payment.

**From:** J. Spencer Jenkins, Esq. [mailto:sjenkins@jenkinslawfirm.com]
**Sent:** Wednesday, June 9, 2021 2:55 PM
**To:** Craig Rubinstein <car@kwblaw.com>
**Subject:** FW: Wire Transfer Successful

I have wired the funds.  Can you verify that you have received them and I will file my response tomorrow?  You don't think we need to file some joint stipulation of compliance or something?

**From:** BB&T Alerts <alerts@message.bbt.com>
**Date:** Wednesday, June 9, 2021 at 2:54 PM
**To:** J. Spencer Jenkins, Esq. <sjenkins@jenkinslawfirm.com>
**Subject:** Wire Transfer Successful

 

**Name:** JENKINS LAW OFFICES PL

### An Update on Your Online Profile

This is an automated message. Please do not reply directly to this email.

**JENKINS LAW OFFICES PL : Wire Transfer Successful (Action Required)**

| | |
|---:|:---|
| **Account:** | ending in 8453 |
| **Scheduled Date:** | 06/09/2021 |
| **Recipient:** | KATZMAN WASSERMAN PA |
| **Payment Amount:** | $18025.65 |
| **Confirmation Number:** | 210609010657 |

Your wire transfer was successfully sent.

Services | Privacy & Security | Legal | Fraud

**Questions?**
Please do not reply to this email. For assistance, please visit our Contact Us page or call **888-BBT-ONLINE (888-228-6654)**

**Found this email in your spam or junk mail?**
Add alerts@message.bbt.com to your safe senders list to make sure your alerts are delivered to your inbox.

You can make changes to your alerts at any time by **logging in to online banking**.

Branch Banking and Trust Company; Member FDIC.
BB&T, 200 West Second Street, PO Box 1250, Winston Salem, NC 27101-1250.
Copyright © 2021, Branch Banking and Trust Company. All rights reserved.